UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REBECCA ALLEN | ) | |
| | ) | |
| v. | ) | NO. 3:09-0455 |
| | ) | JUDGE ECHOLS |
| ST. THOMAS HOSPITAL | ) | |

## **O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE