IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REBECCA ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0455 |
| | ) | Judge Trauger |
| ST. THOMAS HOSPITAL, d/b/a St. Thomas | ) | |
| Health System, d/b/a Saint Thomas Heart, d/b/a | ) | |
| Saint Thomas Health Services, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This case has been transferred to Judge Trauger upon Judge Echols' recusal. Numerous dispositive and non-dispositive motions are presently pending and ripe for decision. The Order setting the case for trial on June 15, 2010 and for pretrial conference on May 17, 2010 (Docket No. 54) is **VACATED**. The trial will be reset by subsequent order of Judge Trauger, if appropriate, following a decision on the pending motions.

It is so **ORDERED.**

Enter this 20th day of April 2010.

ALETA A. TRAUGER
U.S. District Judge