IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REBECCA ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0455 |
| | ) | Judge Trauger |
| ST. THOMAS HOSPITAL, d/b/a St. Thomas | ) | Magistrate Judge Knowles |
| Health System, d/b/a Saint Thomas Heart, d/b/a | ) | |
| Saint Thomas Health Services, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the reference of this case to the Magistrate Judge is **WITHDRAWN**.

It is so **ORDERED.**

Enter this 23rd day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge