IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REBECCA ALLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:09-0455 ) Judge Trauger |
| STHS Heart, LLC, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant STHS Heart, LLC (Docket No. 9) is **GRANTED IN PART** and **DENIED IN PART**. The plaintiff's Americans with Disabilities Act claims and state law claims are hereby **DISMISSED**, whereas the plaintiff's Family and Medical Leave Act claims survive for trial. The Motions for Partial Summary Judgment (Docket Nos. 12 and 16), Motions to Strike (Docket Nos. 32, 46, 50, and 55), and Motion to Deem Admitted (Docket No. 36) filed by the plaintiff are **DENIED**.

It is so Ordered.

Entered this 21st day of May 2010.

_____
ALETA A. TRAUGER
United States District Judge