**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| REBECCA ALLEN | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0455 |
| | ) | Judge Trauger |
| ST. THOMAS HOSPITAL | ) | |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 22nd day of November, 2010.


_____
ALETA A. TRAUGER
U.S. District Judge