# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

REBECCA ALLEN, )
)
      Plaintiff, )
) Case No.: 3:09-0455
v )
) Judge Trauger
)
STHS HEART, LLC, )
)
      Defendant. )
) Jury Demand

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

It appears to the satisfaction of the Court, as evidenced by the signatures of counsel for the parties appearing below, that the parties have agreed to compromise and settle all of the claims and matters that were or could have been brought in this action, and that this action should be dismissed, with prejudice pursuant to Federal Rule of Civil Procedure 41. It is, accordingly,

ORDERED, ADJUDGED AND DECREED that this action be and hereby is DISMISSED, WITH PREJUDICE.

ENTERED this __16th__ day of __December__, 2010.

_____
JUDGE ALETA A. TRAUGER
U.S. DISTRICT JUDGE

**APPROVED FOR ENTRY BY:**

/s/ Matthew Salada (w/permission by JAS)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Matthew Salada (No. 020271)
1003 Stone Crest Circle
Chattanooga, TN 37421
423-653-6031
msalada@saladalaw.com

*Attorney for Plaintiff Rebecca Allen*


/s/ Joycelyn A. Stevenson

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Joycelyn A. Stevenson (No. 021710)
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2375 (telephone)
(615) 252-6375 (facsimile)
jstevenson@babc.com

*Attorneys for Defendant St. Thomas Heart, LLC*

- 2 -

7/2463198.1
084000-000430